In re FIRST NATIONAL BANK OF BOSTON, a national banking association, Petitioner.

No. 95–5008.

United States Court of Appeals, Eleventh Circuit.

Dec. 24, 1996.

Gary S. Salzman, Law Office of Gary S. Salzman, P.A., Winter Park, FL, Michael J. Appleton, Marlowe & Appleton, Winter Park, FL, for Appellant.

Stephen A. Schorr, Korman, Schorr & Wagenheim, P.A., Ft. Lauderdale, FL, Thomas L. Abrams, Berger & Davis, P.A., Ft. Lauderdale, FL, Robert H. Hosch, Jr., Butler, Moon & Hosch, P.A., Orlando, FL, Lenore C. Nesbitt, Miami, FL, Timothy Buckley, III, Atlanta, GA, for Appellee.

Before KRAVITCH, BIRCH and BLACK, Circuit Judges.

PER CURIAM:

In view of the parties' settlement of the underlying case in district court, the panel opinion, published at 70 F.3d 1184 (11th Cir. 1995), is VACATED. This case is RE-MANDED to the district court with instructions that it be DISMISSED as moot.